UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REY MORENO,<br><br>Plaintiff,<br><br>v.<br><br>CMRE FINANCIAL SERVICES, INC.,<br><br>Defendant. | Case No. 1:22-cv-00422-JLT-HBK<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>COURT RETAINS JURISDICTION TO ENFORCE SETTLEMENT<br><br>(Doc. No. 15) |

On January 4, 2023, Plaintiff Aaron Rey Moreno and Defendant CMRE Financial, Inc. (collective the "Parties") filed a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 15). The Parties state they are dismissing this action *with prejudice* and each party shall bear its own fees and costs. (*Id*.) (emphasis added). The Parties further request the Court to retain ancillary jurisdiction over this matter to enforce the Settlement Agreement between the Parties. (*Id*).

In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). As specifically requested by the Parties, the Court retains ancillary jurisdiction for purposes of enforcing the Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380-82(1994).

Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and

CLOSE this action to reflect the Parties stipulated dismissal pursuant to Rule 41(a)(1)(A)(ii) and note the Court retains ancillary jurisdiction to enforce the Settlement Agreement.

Dated: January 7, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE